## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

United States District Court
Southern District of New York
_____

Manuel A. Centeno                                             Plaintiff
— against —

East 115th Street Associates, Inc.                            Defendant
_____

**State of New York**
**County of Albany**   SS.:

__Stephen Stracher__, being duly sworn deposes and says that he is over the age of eighteen (18); that on the __29th__ day of __August__, 20 __07__ at the office of the Secretary of State, of the State of New York in the City of Albany, he served the annexed __Summons in a civil action, Complaint and court's rules__ on __East 115th Street Associates, Inc.__, the Defendant in this action, by delivering to and leaving with __DONNA CHRISTIE__, a clerk in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __two__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40.00__ Dollars. That said service was pursuant to Section __306__ of the Business Corporation Law or Section _____ of the Vehicle and Traffic Law.

Deponent further says that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☐ Male ☑ Female | ☐ Black ☑ White ☐ | ☑ Light ☐ Med. ☐ Dark | 45 | 5'6 | 145 lbs. | |

Sworn to me, this __29th__ day of __August__, 20 __07__

__Hilary Stracher Teitel__

_____
(Print Name Below Signature).

Stephen Stracher

HILARY STRACHER TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20 09