UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MANUEL A. CENTENO,                                       07 CV 7647 (JGK)

                                  Plaintiff,         ***Rule 7.1 Statement***

    -against-

EAST 115th STREET ASSOCIATES, INC.,

                                  Defendant.
------------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant EAST 115th STREET ASSOCIATES, INC. (a private non-governmental company) certifies that EAST 115th STREET ASSOCIATES, INC. has no corporate parents, subsidiaries and/or affiliates that are publicly held.

Dated: New York, New York
       November 19, 2007                 WADE CLARK MULCAHY

                                                    John Mulcahy, Esq. (JM 6269)
                                                    Attorneys for Defendant East 115th Street
                                                    Associates, Inc.
                                                    111 Broadway, 9th Floor
                                                    New York, New York 10006
                                                    (212) 267-1900
                                                    Our File No.: 195.5480.3

TO:    (See Attached Affidavit)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Andrea P. Brown, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on November 19, 2007, deponent served the within **Rule 7.1 Statement** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Jaroslawicz & Jaros, LLC
Attorneys for Plaintiff
225 Broadway – 24th Floor
New York, New York 10007
(212) 227-2780


_____
Andrea P. Brown

Sworn to before me this
19th day of November 2007

K:\8480\legal\Rule 7.1 Statement.doc

JOHN MULCAHY
Notary Public, State of New York
No. 02MU5005320
Qualified in Westchester County
Commission Expires Dec. 7, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL A. CENTENO,

                              Plaintiff,

      -against-

EAST 115th STREET ASSOCIATES, INC.,

                              Defendant.

## Rule 7.1 Statement

**Wade Clark Mulcahy**
Attorneys for Defendant East 115th Street Associates, Inc.
111 Broadway
New York, N.Y. 10006
(212) 267-1900

To:   ***

Attorney(s) for   ***

Service of a copy of the within *** is hereby admitted.

Dated: ***

                                            ...........................
                                            Attorney(s) for   ***

**PLEASE TAKE NOTICE**

☐ that the within is a (certified) true copy of a ***
☐ entered in the office of the clerk of the within named Court on ***

NOTICE OF ENTRY

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon. ***
☐ one of the judges of the within named Court, at ***, on ***, at ***.

NOTICE OF SETTLEMENT

Dated: ***

**Wade Clark Mulcahy**
Attorneys for Defendant East 115th Street Associates, Inc.
111 Broadway
**New York, N. Y. 10006**