```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :

Manuel E Centeno
      Plaintiff(s)

  - against -

East 119th Street Associates, Inc
      Defendant(s)
- - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 civ. 7647 (JGK) (GWG)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 225 Broadway, 24th Floor
Telephone 212-227-2730

_____
Attorney(s) for Defendant(s)
Address 111 Broadway, 9th Fl.
Telephone 212-267-1900

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

11/29/07

_____
U.S.D.J.

Magistrate Judge _____ was assigned this case on _____ 19____.

For: Clerk U.S.D.C. S.D.N.Y.